ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1708 RHK/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MILAN C. LUZAICH,<br>Defendant,<br>AMERICAN NATIONAL INSURANCE CO.,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about January 19, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about January 23, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, earnings in the form of commissions.

On or about January 25, 2001, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

The garnishee states that the defendant works on commission and that there are currently, and in the foreseeable future, zero

(8)

FILED MAR 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

commissions payable to the defendant.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 19, 2001 is hereby released.

Dated: 3/20/01

Raymond L. Erickson
Judge
United States District Court